IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSOLIDATED RAIL CORPORATION,   Civil Action No. 07- 01148

    Plaintiff,

vs.

JAMES T. RAY, for the Estate of
HAROLD F. BOYD, Deceased,

    Defendant.

## WAIVER OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

The undersigned, counsel for defendant, James T. Ray, for the Estate of Harold F. Boyd, Deceased, certifies that he is attorney of record for defendant and hereby waives service of process on behalf of defendant and acknowledges receipt of the summons and complaint on behalf of defendant. The undersigned agrees that this Waiver and Acknowledgment shall be deemed to be an effective service of process and that defendant waives any defense related to the sufficiency of service of process only. Defendant, however, reserves any and all other defenses, objections and rights, including objections and defenses to venue or to jurisdiction of the Court.

In addition, defendant acknowledges that plaintiff and defendant have agreed that defendant shall have until August 15, 2007 to respond to plaintiff's Motion for a Partial Stay of Proceedings pending in the Court of Common Pleas of Cuyahoga County, Ohio and further,

pursuant to the Federal Rules of Civil Procedure, defendant shall have until September 6, 2007 to file a response to the Complaint or such enlargement of time later agreed upon by the parties.

July 31, 2007                                   Goldberg, Persky & White, P.C.

                                                By_____
                                                Mark C. Meyer, Esquire
                                                1030 Fifth Avenue
                                                Pittsburgh, PA  15219
                                                *Attorney for Defendant*