IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONSOLIDATED RAIL CORPORATION,** | : | |
| Plaintiff, | : | |
| v. | : | 07-CV-1148 |
| **JAMES T. RAY,** for the Estate of **HAROLD F. BOYD, deceased,** | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF MOTION

The Ohio Court of Common Pleas, Cuyahoga County, has stayed *Ray v. A-Best Prods. Co. Inc., et al.*, No. CV-02-468660 pending disposition of this case. This obviates the need for the relief sought in the motion to stay filed in this Court on June 26, 2007; consequently that motion is hereby withdrawn.

Dated: September 28, 2007

Respectfully submitted,

/s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

-2-

      Laurence Z. Shiekman (*pro hac vice*)
      PEPPER HAMILTON LLP
      3000 Two Logan Square
      Eighteenth & Arch Streets
      Philadelphia, PA  19103
      Telephone: (215) 981-4000
      Facsimile: (215) 981-4750

      *Attorneys for Plaintiff*
      *Consolidated Rail Corporation*